IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND WRIGHT,

    Plaintiff,                      CV F 05 1485 OWW WMW   P

  vs.                               ORDER RE MOTIONS
                                       (DOCS 28, 30)

R. SHANNON, et al.,

    Defendants.

     Plaintiff is a state prisoner proceeding pro se. Pending before the court are Plaintiff's motions for leave to file an amended complaint. Plaintiff filed two separate motions to amend, along with two documents titled as supplements to the complaint.

     The court will grant Plaintiff leave to file an amended complaint. Plaintiff may not, however, supplement his amended complaint with extrinsic documents. Plaintiff is also cautioned that any amended complaint supersedes the prior complaints. Plaintiff will be granted thirty days in which to file an amended complaint. Plaintiff must set forth all of his claims in the amended complaint. The court will not refer to prior pleadings in order to make the amended complaint complete. This is because, as a general rule, an amended complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). Once plaintiff files an amended complaint, the original pleading no longer serves any function in the case. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each

1  defendant must be sufficiently alleged.

2          In accordance with the above, IT IS HEREBY ORDERED that:

3          1. Plaintiff's motions for leave to file an amended complaint are granted.

4          2. Plaintiff is granted thirty days from the date of service of this order to file an
5  amended complaint that complies with the requirements of the Civil Rights Act, the Federal
6  Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the
7  docket number assigned this case and must be labeled "Amended Complaint."

12  IT IS SO ORDERED.

13  **Dated:    November 7, 2006**              **/s/  William M. Wunderlich**
    mmkd34                                    UNITED STATES MAGISTRATE JUDGE

2