IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND WRIGHT,

    Plaintiff,                           CV F 05 1485 OWW WMW   P

  vs.                                 ORDER RE MOTION TO DISMISS
                                        DEFENDANTS (DOCUMENT 24)

R. SHANNON, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se.  Plaintiff has filed a motion to dismiss Defendants Smith and Fisher.  Neither defendant has been served, and no response to the complaint has been filed by either defendant.  Accordingly, IT IS HEREBY ORDERED that Defendants Smith and Fisher are dismissed on Plaintiff's motion pursuant to Federal Rule of Civil Procedure 41(a).

IT IS SO ORDERED.

**Dated:   December 19, 2006**               **/s/ Oliver W. Wanger**
emm0d6                                     UNITED STATES DISTRICT JUDGE