IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND WRIGHT,

    Plaintiff,                            CV F 05 1485 OWW WMW   P

   vs.                                   FINDINGS AND RECOMMENDATIONS RE MOTION FOR INJUNCTIVE RELIEF (DOC 16 )

R. SHANNON, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for injunctive relief.  Plaintiff filed his motion on April 14, 2006.  This action proceeds on the November 21, 2006, amended complaint.

       Before a federal court may exercise personal jurisdiction over a defendant, there must be notice to the defendant, a constitutionally sufficient relationship between defendant and the forum, and a basis for the defendant's amenability to service of summons.  <u>Omni Capital International Ltd. v. Rudolf Wolff & Co., Ltd.</u>, 484 U.S. 97, 104 (1987).  Because defendants have not yet been served with the complaint, the court lacks jurisdiction to enter any injunction directed toward defendants.

       Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for injunctive relief be denied.

1

1    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time waives all objections to the judge's findings of fact.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:    December 26, 2006**              /s/  **William M. Wunderlich**
mmkd34                                          UNITED STATES MAGISTRATE JUDGE