IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND WRIGHT,

       Plaintiff,                CV F 05 1485 LJO WMW P

  vs.                            ORDER RE MOTION (DOC 26)

R. SHANNON, et al.,

       Defendants.

       Plaintiff has filed a motion to compel the production of documents.  Until such time as a discovery order has been entered, no discovery may be had by any party. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to compel is denied.

IT IS SO ORDERED.

Dated:   August 2, 2007                /s/ William M. Wunderlich
                                       UNITED STATES MAGISTRATE JUDGE