IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND WRIGHT,

        Plaintiff,        CV F 05 1485 LJO WMW P

  vs.                      ORDER RE MOTION (DOC16)

R. SHANNON, et al.,

        Defendants.

    Plaintiff has filed a motion requesting an order directing prison officials to process his inmate grievances. Subsequent to Plaintiff's motion, Plaintiff filed a notice of change of address. Plaintiff's motion is therefore moot.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is denied as moot.IT IS SO ORDERED.

    **Dated:  September 27, 2007**       /s/  William M. Wunderlich
                                                        UNITED STATES MAGISTRATE JUDGE