# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WRIGHT,<br><br>        Plaintiff,<br><br>  v.<br><br>SHANNON, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:05-cv-1485-LJO WMW PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS INJUNCTIVE RELIEF<br><br>Doc. 16 |

      Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On December 26, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. The parties have not filed timely objections to the Findings and Recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    The Findings and Recommendations, filed December 26, 2006, is adopted in full;

      2.    Plaintiff's motion for injunctive relief is DENIED.

      IT IS SO ORDERED.

**Dated:   September 28, 2007**          /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE