IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND WRIGHT,

        Plaintiff,        CV F 05 1485 LJO WMW P

  vs.                    ORDER RE FINDINGS AND RECOMMENDATIONS
                            (DOC 39)

R. SHANNON, et al.,

        Defendants.

On June 5, 2007, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to prosecute. On June 18, 2007, Plaintiff filed objections to the findings and recommendations. Plaintiff has shown good cause why the recommendation should be vacated.

Accordingly, IT IS HEREBY ORDERED that the June 5, 2007, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:   January 28, 2008**          /s/  William M. Wunderlich
                                                    UNITED STATES MAGISTRATE JUDGE

1