# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WRIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>R. SHANNON, et al.,<br><br>    Defendants.<br>_____/ | NO. 1:05-cv-01485-LJO-YNP-GSA (PC)<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 This action proceeds on the November 21, 2006, second amended complaint.  The Court screened Plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendant Rumbles and John Doe for excessive force in  for violation of the Eighth Amendment..[1]  Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

  1.  Service is appropriate for the following defendants:

        RUMBLES

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that Plaintiff's remaining claims and defendants be dismissed.  In his March 8, 2010, notice to the court regarding his intention to proceed on the second amended complaint, Plaintiff indicated that he is unable to identify the John Doe defendant.  This action therefore proceeds against Defendant Rumbles.

2. The Clerk of the Court shall send Plaintiff one USM-285 form, one summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed November 21, 2006.

3. **Within thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Two copies of the endorsed second complaint filed November 21, 2006.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   March 15, 2010**            /s/ **Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE