# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WRIGHT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. SHANNON, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:05-cv-01485-LJO-SKO PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 53) |

　　　Plaintiff Raymond Wright ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On March 15, 2010, the Magistrate Judge issued a Findings and Recommendations which recommended that this action proceed on Plaintiff's claim against Defendant Rumbles for the violation of Plaintiff's rights under the Eighth Amendment. (Doc. #53.) The Magistrate Judge recommended that Plaintiff's First Amendment claims, Fourth Amendment claims, due process claims, equal claims, and claims related to his disciplinary hearings be dismissed. The Magistrate Judge also recommended that Defendants R. Shannon, T. Hudgins, E. Park, M.C. Voss, James Yates, J.M. Mattingly, J.L. Scott, L. Fugate, D. Huckaby, R. Lantz, J. Collier, C.O. Redding, S. DeShazo, E. Zamora, A. Romero, J.A. Perez, I. Villa, and L. Wiest be dismissed from this action. The Findings and Recommendations were served on Plaintiff and contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days of date on which they were served. Plaintiff has not filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 305, this Court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, the Court HEREBY ORDERS that:

1. The March 15, 2010 Findings and Recommendations are ADOPTED in full;
2. Plaintiff's First Amendment claims, Fourth Amendment claims, due process claims, equal claims, and claims related to his disciplinary hearings are DISMISSED; and
3. Defendants R. Shannon, T. Hudgins, E. Park, M.C. Voss, James Yates, J.M. Mattingly, J.L. Scott, L. Fugate, D. Huckaby, R. Lantz, J. Collier, C.O. Redding, S. DeShazo, E. Zamora, A. Romero, J.A. Perez, I. Villa, and L. Wiest are DISMISSED from this action.

IT IS SO ORDERED.

**Dated:   June 4, 2010**                     /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE