# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WRIGHT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RUMBLES, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-01485-SKO PC<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO INFORM COURT OF CHANGE OF ADDRESS<br><br>SHOW CAUSE RESPONSE DUE WITHIN 30 DAYS |

Plaintiff Raymond Wright ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Numerous filings mailed to Plaintiff have been returned to the Court as undeliverable. The Court has attempted to serve Plaintiff at the address on record as well as at several other addresses found on Plaintiff's filings in this case and in other cases Plaintiff is litigating in this Court. All recent mail sent to Plaintiff from the Court has been returned as undeliverable.

Under Local Rule 182(f), Plaintiff is required to inform the Court of any change of address. Plaintiff has failed to keep the Court apprised of his current address. Accordingly, Plaintiff is HEREBY ORDERED to SHOW CAUSE within thirty (30) days of the date of service of this order why this action should not be dismissed for Plaintiff's failure to inform the Court of his change of address.

IT IS SO ORDERED.

**Dated:**　　**February 2, 2011**　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1