# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WRIGHT, | CASE NO. 1:05-cv-01485-BAM PC |
| Plaintiff, | ORDER ADVANCING TRIAL TO 8:30 A.M. |
| v. | |
| RUMBLES, et al., | |
| Defendants. | |

Plaintiff Raymond Wright ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The trial currently set for Monday, January 30, 2012, at 9:00 a.m. in advanced to **8:30 a.m.** on that same date.

IT IS SO ORDERED.

Dated:   January 25, 2012              /s/ **Barbara A. McAuliffe**
                                        UNITED STATES MAGISTRATE JUDGE

1