FILED

JAN 3 0 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WRIGHT,<br><br>        Plaintiff,<br><br>v.<br><br>RUMBLES,<br><br>        Defendant. | CASE NO. 1:05-cv-01485-BAM PC<br><br>NOTICE AND ORDER THAT **PLAINTIFF RAYMOND WRIGHT, CDC # P-61138**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on January 30, 2012. **Plaintiff Raymond Wright, CDC # P-61138**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 1/30/12                    _/s/ Barbara A. McAuliffe_
                                              BARBARA A. McAULIFFE
                                              UNITED STATES MAGISTRATE JUDGE