*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

RAYMOND WRIGHT,

        Plaintiff,

vs.

RUMBLES,

        Defendant.

_____/

**JUDGMENT IN A CIVIL ACTION**

1:05-CV-01485-BAM-PC


    This action came before the Court January 30, 2012 for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


    IT IS HEREBY ORDERED that judgment is entered in this action in favor for Defendant Rumbles and against Plaintiff Raymond Wright.

DATED:  January 31, 2012

                        VICTORIA C. MINOR, Clerk


                        By:  /s/ Renee Gaumnitz
                              Deputy Clerk